COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:      01-17-00485-CV

Style:      Trokamed GmbH

     v. Richard Vieira, Christy Vieira, and Richard Vieira as Representative of the Estate of

     Janice C. Vieira

Date motion filed:      September 12, 2017

Type of motion:      Frederick W. Reif's Motion for *Pro Hac Vice* Admission as Counsel for Appellant

     Trokamed GmbH and Claire W. Parsons's Motion in Support of Frederick W. Reif's

     Motion for *Pro Hac Vice* Admission

Party filing motion:      Frederick W. Reif and Claire W. Parsons, counsel for appellant Trokamed GmbH

Ordered that motion is:

☑      **Granted**

     If document is to be filed, document due:

     ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

Judge's signature:    /s/ Russell Lloyd

           ☑ Acting individually      ☑ Acting for the Court

Date: September 26, 2017